UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **CV 20-2027 MWF (MAAx)**                                   Date:  July 8, 2020

Title      **Michael C. Keo v. JTYH U.S.A., Inc.**

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) SECOND ORDER TO SHOW CAUSE**

On May 12, 2020, the Court issued an Order to Show Cause (the "First OSC") as to why this action should not be dismissed for lack of prosecution. (Docket No. 16).  A response was due June 1, 2020.  On May 20, 2020, Plaintiff filed an Application for Order to Serve the Secretary of State on Behalf of Corporation (the "Application").  (Docket No. 17).  On May 27, 2020, the Court denied the Application, and granted Plaintiff an extension to June 30, 2020 to serve Defendant with the Summons and Complaint.  (Docket No. 18).

On June 29, 2020, Plaintiff filed a Proof of Service (the "POS") reflecting substituted service on Defendant JTYH USA, Inc. on June 3, 2020.  (Docket No. 19).  Pursuant to the POS, a response to the First Amended Complaint was due June 29, 2020.

The Court again **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **JULY 17, 2020.**

- ■ BY DEFENDANT:  RESPONSE TO THE COMPLAINT ("Response") or APPLICATION FOR STAY AND EARLY MEDIATION ("ADA Application").

    OR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 20-2027 MWF (MAAx)**                                          Date:  May 12, 2020

Title         **Michael C. Keo v. JTYH U.S.A., Inc.**

■ BY PLAINTIFF:  APPLICATION TO THE CLERK TO ENTER DEFAULT.

The Court does not issue Orders to Show Cause to remind Plaintiff to prosecute this action.  The First OSC set forth specific requirements if Defendant failed to timely file a response to the Complaint or an ADA Application.  Plaintiff was ordered to file an Application to Clerk to Enter Default within five days after the due date, and was warned that failure to do so will be deemed abandonment of this action.  *(Id.*, p. 2).

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **JULY 17, 2020** will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm