UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

| | |
|---|---|
| **Case No.** CV 20-2027-MWF (MAAx) | **Date:** December 18, 2020 |
| **Title:** Michael C. Keo v. JTYH U.S.A., Inc. | |

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:  Court Reporter:
Rita Sanchez  Not Reported

Attorneys Present for Plaintiff:  Attorneys Present for Defendant:
None Present  None Present

**Proceedings (In Chambers):** ORDER DISMISSING ACTION FOR LACK OF SUBJECT-MATTER JURISDICTION

On September 10, 2020, Plaintiff Michael C. Keo filed a Motion for Default Judgment. (Docket No. 25). On December 2, 2020, the Court issued an Order denying Plaintiff's Motion for Default Judgment without prejudice because Plaintiff had not submitted evidence establishing that he had standing to pursue injunctive relief, as provided by his sole remaining claim in this action. (*See* Docket No. 29). Accordingly, the Court ordered Plaintiff to show cause, in writing, on or before December 16, 2020, as to why the action should not be dismissed for lack of subject-matter jurisdiction. (*Id.*). The Court warned Plaintiff that failure to respond to the Order on or before December 16, 2020, would result in dismissal of the action. (*Id.*).

Plaintiff did not refile his Motion or respond to the Court's order to show cause. (*See* Docket). Accordingly, the action is **DISMISSED** *without prejudice* for lack of subject-matter jurisdiction.

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

IT IS SO ORDERED.